# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **NANTU KHAN,** | ) |
| Petitioner, | ) **ORDER** |
| v. | ) |
|  | ) ED CV 25-03492-VBF-JDE |
| KRISTI NOEM et al., | ) Scheduling TRO Briefs |
| Respondents. | ) |

Petitioner filed an application for a temporary restraining order ("TRO") today. **Respondents SHALL FILE A RESPONSE by 11:59 p.m. on Sunday, January 11, 2026. Petitioner MAY FILE a reply by 11:59 p.m. on Monday, January 12, 2026.**

IT IS SO ORDERED.

Dated: January 8, 2026

*Valerie Baker Fairbank*

_____
Honorable Valerie Baker Fairbank
Senior United States District Judge