## United States District Court
## Central District of California

| | |
|---|---|
| Nantu Khan,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Kristi Noem, et al.<br><br>　　　　Respondents. | No. 5:25-cv-3492-VBF-JDE<br><br>**Order Appointing<br>the Federal Public Defender** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Office of the Federal Public Defender is appointed to represent petitioner with respect to his Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241. The Court defers ruling on counsel's request that Petitioner be permitted to proceed in forma pauperis pending an appropriate showing of indigency.

Dated: January 9, 2026　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOHN D. EARLY
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1