United States District Court
Central District of California

Nantu Khan

          Petitioner,

    v.

Kristi Noem, et al.

          Respondents.

No. 5:25-cv-3492-VBF-JDE

ORDER GRANTING PETITIONER'S APPLICATION FOR PRELIMINARY INJUNCTION

Upon consideration of Petitioner's Application for Temporary Restraining Order and Preliminary Injunction, all material submitted in support thereof, all the documents in the record on this matter, and the applicable law, the Court it is hereby ORDERED that:

(1)    Petitioner's Application for preliminary injunction is GRANTED.

(2)    Respondents are PRELIMINARILY ENJOINED from detaining Khan for the purpose of removing him pursuant to his final removal order unless and until:

   a. Respondents provide the Court with evidence sufficient to show that there is significant likelihood that Khan will be removed in the reasonably foreseeable future;

   b. Khan violates a term of his order of supervision; or

   c. Respondents otherwise obtain the Court's approval.

(3)    This Order shall remain in effect until further order of the Court.

   IT IS SO ORDERED.


Dated:  January 26, 2026              *Valerie Baker Fairbank*
                                      _____
                                      The Honorable Valerie Baker Fairbank
                                      Senior United States District Judge