UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| NANTU KHAN,<br><br>　　　　　Petitioner,<br><br>　　　　v.<br><br>KRISTI NOEM, et al.,<br><br>　　　　　Respondents. | Case No. 5:25-cv-03492-VBF-JDE<br><br>JUDGMENT |

IT IS ADJUDGED that this action is dismissed without prejudice.

Date:  March 31, 2026  _____

_Valerie Baker Fairbank_

_____

Hon. Valerie Baker Fairbank
Senior United States District Judge